UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR2647-BTM |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| JESUS ANDRES VIZCARRA-IBARRA, | |
| Defendant. | |

The United States Attorney charges:

On or about July 13, 2008, within the Southern District of California, defendant JESUS ANDRES VIZCARRA-IBARRA, did knowingly and intentionally import 100 kilograms or more, to wit: approximately 287.60 kilograms (632.72 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: August 12, 2008.

KAREN P. HEWITT
United States Attorney

FRED SHEPPARD
Assistant U.S. Attorney

FAS:psd:San Diego
7/22/08